IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAFIA LAWAL, on behalf of herself and all others similarly situated,**<br><br>　　　　　　　　　**Plaintiff,**<br><br>　　　　-v-<br><br>**SMOKE CARTEL, INC.,**<br><br>　　　　　　　　　**Defendant.** | **Civil Case Number:  1:22-cv-08864-JMF-GWG** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:　　　February 2, 2023

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Rafia Lawal*

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.
SO ORDERED.
[signature]
February 3, 2023